**United States Bankruptcy Court**
**District of Massachusetts**

In re   315 PARK STREET, LLC
                                      Debtor(s)

Case No.  21-10279
Chapter   11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Gina Strauss**, declare under penalty of perjury that I am the **Manager, Agent** of 315 PARK STREET, LLC, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 3 day of March, 2021.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Gina Strauss, Manager, Agent** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Gina Strauss, Manager, Agent** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Gina Strauss, Manager, Agent** of this Corporation is authorized and directed to employ **Alex R. Hess 679957**, attorney and the law firm of **Alex R. Hess Law Group** to represent the corporation in such bankruptcy case."

Date   March 3, 2021

Signed   /s/ Gina Strauss
Gina Strauss, Manager

Resolution of Board of Directors
of
315 PARK STREET, LLC

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Gina Strauss, Manager, Agent of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Gina Strauss, Manager, Agent of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Gina Strauss, Manager, Agent of this Corporation is authorized and directed to employ Alex R. Hess 679957, attorney and the law firm of Alex R. Hess Law Group to represent the corporation in such bankruptcy case.

Date  March 3, 2021                          Signed  _____
                                                     Gina Strauss, Manager

Date  March 3, 2021                          Signed  _____