## UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br><br>**315 PARK STREET, LLC**<br><br>**Debtors** | **IN BANKRUPTCY, Chapter 11**<br>**No. 21-10279** |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

TO THE CLERK OF THE COURT AND ALL PARTIES:

Notice is hereby given that Jeremy Moskowitz, Esquire of BARSH AND COHEN, P.C., appears as Attorney for SGIA Residential Bridge Loan Venture V LP, assignee of CSLF Alamosa, LLC, to represent its interests in this Bankruptcy matter.

You are requested to serve a copy of all notices given, or required to be served in this case, and all papers served or required to be served in this case, and any notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by Bankruptcy Rule 2002(g) and 9010(b) and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

DATED: March 5, 2021

/s/ Jeremy Moskowitz
Jeremy Moskowitz, Esquire
JMoskowitz@Barsh-Cohen.com
BBO No. 670477
Attorney for SGIA Residential Bridge Loan Venture V
LP, assignee of CSLF Alamosa, LLC
BARSH AND COHEN, P.C.
189 Wells Avenue
Newton, Massachusetts 02459-3233
(617) 332-4700

## CERTIFICATE OF SERVICE

I, Jeremy Moskowitz, attorney for SGIA Residential Bridge Loan Venture V LP, assignee of CSLF Alamosa, LLC, do hereby certify that I have served a copy of the foregoing Notice of Appearance on March 5, 2021, either by the Court's Electronic Case Filing Management System or otherwise by first-class mail, postage prepaid, upon the parties listed below.

/s/ Jeremy Moskowitz_____
Jeremy Moskowitz, Esquire

**SERVICE LIST**

*Electronically*:

Paula R.C. Bachtell
Attorney for the Trustee

Alex R. Hess, Esquire
Attorney for the Debtor

*First Class Mail*:

315 PARK STREET, LLC
315 Park St.
Medford, MA 02155